**Appleton PICKETT, Jr., Petitioner— Appellant,**

v.

**Gay HALL, Respondent—Appellee.**

**No. 07–35686.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

R.App. P. 34(a)(2).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

C. Renee Manes, Esquire, FPDOR–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

David C. Thompson, Esquire, AGOR–Office of the Oregon Attorney General, Salem, OR, for Respondent–Appellee.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Oregon state prisoner Appleton Pickett, Jr., appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The district court dismissed the petition, in part, on the grounds that it was untimely. Pickett contends that his petition was timely under 28 U.S.C. § 2244(d)(1)(C) because he filed it within one year of the Supreme Court's decision in *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). This argument lacks merit because Pickett has not shown that he filed his petition within a year of the date on which the right he asserts was "newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review." *See* 28 U.S.C. § 2244(d)(1)(C); *see also Schardt v. Payne,* 414 F.3d 1025, 1038 (9th Cir.2005) (concluding that the new rule announced in *Blakely* does not apply retroactively to a

conviction that was final before that decision was announced).

In light of this disposition, we decline to reach Pickett's contention that he has a constitutional right to a unanimous jury verdict.

We construe Pickett's briefing of an uncertified ineffective assistance of counsel claim as a motion to expand the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

